■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX McFADDEN, Appellant. [726 NYS2d 577] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 1, 1993 (*People v McFadden,* 194 AD2d 566), affirming a judgment of the Supreme Court, Queens County, rendered November 15, 1990, as amended November 19, 1990.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Crane and Cozier, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASTACIO MORALES, Appellant. [727 NYS2d 886] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 18, 1998 (*People v Morales,* 250 AD2d 782), affirming a judgment of the County Court, Westchester County, rendered October 7, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Ritter, Santucci and S. Miller, JJ., concur.